RECEIVED
NOV 15 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/14/05

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **LOUIS KIRK BERNARD** | **CIVIL ACTION NO. 05-0823** |
| VS. | **JUDGE HAIK** |
| **JOSE ANGUIANO, JR.** <br> **LINCOLN GENERAL INS. CO.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to Rule 37(b)(2)(C) and Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is entered in favor of plaintiff Louis Kirk Bernard and against Jose Anguiano, Jr. on all claims for his failure to obey the court's orders entered under Rule 26(f) on August 16, 2005 and October 21, 2005. The amount of damages to be awarded will be determined at the trial of this matter.

Alternatively, plaintiff may move for a hearing to determine the amount of damages under Rule 55(b)(2).

Lafayette, Louisiana this 14th day of December, 2005.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE